UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HUGO HERNANDEZ, GINA DAVIS, and WILLIAM WHITE, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

PACIFIC MARKET INTERNATIONAL, LLC; PMI WW BRANDS, LLC; AND THE HAVI GROUP, L.P.,

Defendants,

CASE NO. 2:26-cv-02083-JHC

**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME**

This matter comes before the Court on the parties' Stipulated Motion for Extension of Time. Dkt. # 10. The Court has reviewed the motion, the record, and the applicable law, and finds good cause to grant the Stipulated Motion for Extension of Time. Accordingly, it is ORDERED that Defendants' deadline to answer or otherwise respond to the Complaint is extended to, and inclusive of, August 28, 2026.

Dated this 24th day of July, 2026.

John H. Chun
United States District Judge