UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HUGO HERNANDEZ, GINA DAVIS, and WILLIAM WHITE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC MARKET INTERNATIONAL, LLC; PMI WW BRANDS, LLC; AND THE HAVI GROUP, L.P.,<br><br>Defendants, | CASE NO. 2:26-cv-02083-JHC<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND BRIEFING DEADLINES ON DEFENDANTS' MOTION TO DISMISS (DKT. # 20) AND MOTION TO STRIKE PLAINTIFFS' NATIONWIDE CLASS ALLEGATIONS (DKT. # 21)** |

This matter comes before the Court on the parties' Stipulated Motion to Extend Briefing Deadlines on Defendants' Motion to Dismiss and Motion to Strike Plaintiffs' Nationwide Class Allegations. Dkt. # 24. The Court has reviewed the stipulated motion, the record, and the applicable law, and finds good cause to grant the Joint Motion for Extension of Time. Accordingly, it is **ORDERED** that Plaintiffs' deadline to respond is extended to, and inclusive of, September 28, 2026, and Defendants' deadline to reply in support of their Motions is extended to, and inclusive of, October 9, 2026.

//

//

Dated this 11th day of September, 2026.

John H. Chun
United States District Judge